HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR09-5830 RJB |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S MOTION |
| | ) | FOR A JUDICIAL RECOMMENDATION |
| ADALBERTO GUZMAN SIU, | ) | TO THE BUREAU OF PRISONS THAT |
| | ) | DEFENDANT BE HELD IN THIS |
| Defendant. | ) | DISTRICT UNTIL SEPTEMBER 30, 2010 |
| | ) | |

The court having reviewed defendant's motion for a judicial recommendation addressed to the United States Bureau of Prisons, an agency under the ultimate authority of the Attorney General, that the defendant be held in the Western District of Washington for an additional 90 days in order to make it possible for him to confer on a face-to-face basis with his attorney with regard to his appeal to the United States Court of Appeals for the Ninth Circuit, and the court having concluded that the motion is meritorious and should be granted, it is hereby

ORDERED, pursuant to Rule 38(b), Fed. R. Crim. P., that the court recommends to the United States Bureau of Prisons that the defendant Adalberto Guzman Siu, Reg. No. 39735-086, be held in the Western District of Washington until September 30, 2010, so that he may confer with his attorney concerning issues relating to his appeal.

ORDER GRANTING DEFENDANT'S MOTION
FOR A JUDICIAL RECOMMENDATION
TO THE BUREAU OF PRISONS THAT
DEFENDANT BE HELD IN THIS
DISTRICT UNTIL SEPTEMBER 30, 2010 - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

1   DONE this 2nd day of July, 2010.

_____
Robert J. Bryan
United States District Judge

Presented by:


/s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email:  abentley@concentric.net

ORDER GRANTING DEFENDANT'S MOTION
FOR A JUDICIAL RECOMMENDATION
TO THE BUREAU OF PRISONS THAT
DEFENDANT BE HELD IN THIS
DISTRICT UNTIL SEPTEMBER 30, 2010 - 2

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391